GAIL SHIFMAN (SBN 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115
Tel:     (415) 551-1500
Email: gail@shifmangroup.com

Attorney for Defendant
LORENZO SARMIENTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LORENZO SARMIENTO,<br><br>　　　　Defendant. | Case No.  23-00237 HSG (DMR)<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

　　　　It is hereby stipulated by and between counsel for the United States and counsel for defendant Lorenzo Sarmiento that defendant's conditions of pretrial release shall be modified, to permit him to leave the halfway house for purposes of job interviews and for employment, with prior approval of pretrial services.  The pretrial services officer has no objection to this modification.

　　　　IT IS SO STIPULATED.

Dated: October 20, 2023                         */s/ Gail Shifman*
　　　　　　　　　　　　　　　　　　　——————————————
　　　　　　　　　　　　　　　　　　　Gail Shifman
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　LORENZO SARMIENTO

Dated: October 20, 2023                         */s/ Alethea Sargent*
　　　　　　　　　　　　　　　　　　　——————————————
　　　　　　　　　　　　　　　　　　　Alethea Sargent
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties, Defendant's conditions of pretrial release shall be modified as follows:

1. With prior approval of pretrial services, defendant may leave the halfway house for purposes of job interviews and employment.

IT IS SO ORDERED.

DATED: October 23, 2023



_____
HON. DONNA M. RYU
Chief Magistrate Judge