1  GAIL SHIFMAN (SBN 147334)
   Law Office of Gail Shifman
2  2431 Fillmore Street
   San Francisco, CA 94115
3  Tel:    (415) 551-1500
   Email: gail@shifmangroup.com
4
   Attorney for Defendant
5  LORENZO SARMIENTO

6

7

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

                                    —ooo—
12
   UNITED STATES OF AMERICA,        | Case No.  CR 23-00237 HSG-2 (DMR)
13
          Plaintiff,                | **STIPULATION AND ORDER (AS
14                                  | MODIFIED) CONTINUING BAIL
       v.                           | VIOLATION HEARING**
15
   LORENZO SARMIENTO,
16
          Defendant.
17

18

19     It is hereby stipulated by and between counsel for the United States and counsel for

20 defendant Lorenzo Sarmiento that the bail violation hearing currently scheduled on January 2,

21 2024 shall be continued until January 10, 2024, at 10:30 a.m. for the reason that defense counsel

22 has a court hearing conflict.  The pretrial services officer is available on January 10, 2024.

23     IT IS SO STIPULATED.

24
   Dated:  December 20, 2023                  /s/ Gail Shifman
25                                        _____
26                                        Gail Shifman
                                          Attorney for Defendant
27                                        LORENZO SARMIENTO

28

Dated: December 20, 2023

/s/ Alethea Sargent
_____
Alethea Sargent
Assistant U.S. Attorney

**ORDER (AS MODIFIED)**

IT IS SO ORDERED THAT the bail violation hearing currently scheduled for January 2, 2024 at 10:30 a.m. shall be continued to January 4, 2024 at 10:30 a.m.

**IT IS SO ORDERED AS MODIFIED.**

DATED: December 21, 2023

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge