1  GAIL SHIFMAN (SBN 147334)
   Law Office of Gail Shifman
2  2431 Fillmore Street
   San Francisco, CA 94115
3  Tel:    (415) 551-1500
   Email: gail@shifmangroup.com
4
5  Attorney for Defendant
   LORENZO SARMIENTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

—ooo—

| UNITED STATES OF AMERICA, | Case No.  CR 23-00237 HSG (DMR) |
|---|---|
| Plaintiff, | **CORRECTED STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| LORENZO SARMIENTO, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for defendant, that defendant's conditions of pretrial release shall be modified as described below to allow Mr. Sarmiento to attend his son's *Daddy and Me* event at his school.  Defendant's pretrial services officer advises that Defendant is in compliance with the terms of his pretrial release and has no objection to these modifications.

1. Defendant may be permitted to leave the halfway house on April 27, 2024 at 10:00 a.m., returning to the halfway house on April 27, 2024 at 3:00 p.m.  Defendant shall provide his Pretrial Services Officer with the school's address in Oakland.

2. All other conditions of pretrial release shall remain in effect.

CORRECTED STIPULATION AND ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                                           1

IT IS SO STIPULATED.

Dated: April 23, 2024						/s/ Gail Shifman
								_____
								Gail Shifman
								Attorney for Defendant
								LORENZO SARMIENTO


Dated: April 23, 2024						/s/ Alethea Sargent
								_____
								Alethea Sargent
								Assistant U.S. Attorney


## ORDER

Based upon the facts set forth in the stipulation of the parties, Defendant's conditions of pretrial release shall be modified as follows:

1. Defendant may be permitted to leave the halfway house on April 27, 2024 at 10:00 a.m., returning to the halfway house on April 27, 2024 at 3:00 p.m.  Defendant shall provide his Pretrial Services Officer with the school's address in Oakland.

2. All other conditions of pretrial release shall remain in effect.

**IT IS SO ORDERED.**

DATED:  APRIL 25, 2024

								_____
								HON. DONNA M. RYU
								Chief United States Magistrate Judge