GAIL SHIFMAN (SBN 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115
Tel:    (415) 551-1500
Email: gail@shifmangroup.com

Attorney for Defendant
LORENZO SARMIENTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

–ooo–

| UNITED STATES OF AMERICA, | Case No.  CR 23-00237 HSG (DMR) |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION, DECLARATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| LORENZO SARMIENTO, | |
| Defendant. | |

I, Gail Shifman, declare and state as follows:

1. Defendant Lorenzo Sarmiento files this unopposed motion to modify his conditions of pretrial release.  He is currently permitted to leave the halfway house each day at 6:30 a.m. returning to the halfway house at 5:00 p.m.

2. Mr. Sarmiento was accepted into an apprenticeship that requires a Trade Science Class and Orientation that begins on December 28, 2024 through January 24, 2025 in Benecia, California.  Classes begin at 6:30 a.m. The schedule and program details have been provided to pretrial services.

3. To ensure that Mr. Sarmiento arrives timely, he seeks to modify his conditions of release to permit him to leave the halfway house at 5:00 a.m. on the dates of the program and

classes and to and from travel to Benecia, California, in the Eastern District of California for that purpose.

4. Pretrial Services advises that Mr. Sarmiento is fully compliant with all of his conditions of pretrial release, and that they have no objection to this modification.

5. AUSA Alethea Sargent has indicated that she too has no objection to this modification.

6. All other conditions of pretrial release shall remain in effect.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed in San Francisco, California.

Dated: December 12, 2024                          /s/ Gail Shifman
_____
Gail Shifman
Attorney for Defendant
LORENZO SARMIENTO

**ORDER**

Based upon the facts set forth in the unopposed motion to modify conditions of pretrial release, Defendant's conditions of pretrial release shall be modified as follows:

1. Defendant is permitted to travel to and from the Eastern District of California on the scheduled dates for the Trade Science classes and orientation which begin on December 28, 2024. Travel to and from the Eastern District of California is permitted for the purpose of this internship only.

2. Defendant is permitted to leave the halfway house at 5:00 a.m. on the scheduled dates for the Trade Science classes and orientation which begin on December 28, 2024.

3. All other conditions of pretrial release shall remain in effect.

**IT IS SO ORDERED.**

DATED: __December 13__, 2024

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge